Robert THOMAS, an Infant, by Anna Thomas, His Guardian ad Litem, Plaintiff-Appellee, v. UNION INDEMNITY COMPANY, Defendant-Appellant.

No. 225.

Circuit Court of Appeals, Second Circuit.

March 3, 1930.

Bernhard J. Vincent, of New York City (James E. Woods, of New York City, of counsel), for appellant.

Frank C. Briggs, of New York City (Eugene J. Keefe, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed, with costs.